FILED
2011 Jan-07 AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| SONJA M. AL-KHONAIZI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.  5:10-cv-03371-RBP-HGD |
| | ) |
| DEPARTMENT OF STATE, et al., | ) |
| | ) |
| Defendants | ) |

## **DISMISSAL ORDER**

On December 21, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On January 4, 2011, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE because the court cannot find any cause of action over which it may exercise jurisdiction.

DONE this 7th day of January, 2011.

*Robert B. Propst*

**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**